# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>              Plaintiff,<br><br>v.<br><br>PENSEC, INC., *doing business as McDonald's*,<br><br>              Defendant. | Case No. 21-CV-1409-JPS<br><br><br>**ORDER** |

      On February 18, 2022, the parties filed a joint motion for entry of a consent decree. (Docket #7). The Court has reviewed the proposed terms and has no quarrel with them. The Court will, therefore, grant the parties' motion and enter their proposed consent decree. The decree will be docketed separately, along with the notice.

      Because the decree requests that the Court retain jurisdiction over this matter for two and a half years, the Court will only administratively close the case at this time. If no party invokes the Court's jurisdiction in the next two and a half years, the case will at that time stand dismissed with prejudice.

      Accordingly,

      **IT IS ORDERED** that the parties' joint motion for entry of consent decree (Docket #7) be and the same is hereby **GRANTED**;

      **IT IS FURTHER ORDERED** that the Court will retain jurisdiction of this matter to enforce the consent decree for a period of two and a half (2.5) years from the date on which the consent decree is entered, provided

that if, at the end of the two and a half (2.5) year period, any disputes under Paragraph No. 21 of the consent decree remain unresolved, then the term of the consent decree shall be automatically extended for the sole purpose of resolution of the issues raised in such disputes (and the Court will retain jurisdiction of this matter to enforce the consent decree) until such time as all such disputes have been resolved; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **ADMINISTRATIVELY CLOSED**.

Dated at Milwaukee, Wisconsin, this 28th day of February, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge